IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3019 |
| | ) | |
| v. | ) | |
| | ) | |
| CLARENCE D. HERGERT, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Christopher M. Ferdico and the law firm of Baylor, Evnen, Curtiss, Grimit & Witt, LLP as counsel for the defendant, (filing no. 29), is granted. Mr. Ferdico shall promptly serve defendant with a copy of this order, and file a certificate of service stating he has done so. The Clerk is directed to remove Mr. Ferdico from all future ECF notifications in this case.

2) The defendant's motion to file under seal, (filing no. 28), is granted in part. The clerk shall remove the defendant's unopposed motion to extend time to file pretrial motions (filing no. 26), and the court's memorandum and order (filing no. 27) from the public docket and shall file these documents as restricted access filings. The motion to withdraw, (filing no. 29), shall be filed as a restricted access filing.

DATED this 5th day of May, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge