IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3019 |
| | ) | |
| V. | ) | |
| | ) | |
| CLARENCE D. HERGERT, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

A status conference was held on August 9, 2010 to discuss the progression of this case. Based on the parties' representations,

IT IS ORDERED:

1.  The defendant's motion to extend the pretrial motion deadline, (filing no. 34), is granted, and the deadline for filing all pretrial motions is continued to November 9, 2010.

2.  The deadline for filing all motions in limine for Judge Kopf's consideration is January 10, 2011.

3.  A jury trial is set to commence on February 7, 2011 before Judge Richard G. Kopf. No more than ten trial days are allocated to the trial of this case and counsel shall plan accordingly.

4.  Counsel shall promptly apprise the court if circumstances arise or events occur which will likely hinder the parties' ability to comply with the progression schedule set forth in this order, at which time the court may schedule a further status conference.

DATED this 9th day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge