IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3019 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CLARENCE D. HERGERT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by counsel for the defendant, Michael A. Nelson, (filing no. 43), is granted.

2) The clerk shall delete Mr. Nelson from any future ECF notifications herein.

3) Defendant's remaining counsel, Steven E. Achelpohl, shall promptly notify the defendant of the entry of this order.

DATED this 15th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge