IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3019 |
| | ) | |
| V. | ) | |
| | ) | |
| CLARENCE D. HERGERT, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the Magistrate Judge's Findings, Recommendation and Orders ("Recommendation") (filing 64) that Defendant Clarence D. Hergert's motion to dismiss criminal case (filing 48), motion to dismiss criminal case or, in the alternative, to consolidate counts on the grounds of multiplicity (filing 50), motion to suppress (filing 59) and motion for hearing under *Franks v. Delaware* (filing 61) be denied. No objections to the Recommendation have been filed as allowed by 28 U.S.C. § 636(b)(1)(c).

I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 64) is adopted;

2. Defendant's motion to dismiss criminal case (filing 48) is denied;

3. Defendant's motion to dismiss criminal case or, in the alternative, to

     consolidate counts on the grounds of multiplicity (filing 50) is denied;

4.     Defendant's motion to suppress (filing 59) is denied; and

5.     Defendant's motion for hearing under *Franks v. Delaware* (filing 61) is denied.

January 25, 2011.

                                    BY THE COURT:
                                    *Richard G. Kopf*
                                    United States District Judge