IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3019 |
| V. | ) | |
| CLARENCE D. HERGERT, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend time to produce documents (filing 159) is granted. The deadline is extended to October 4, 2013.

DATED this 2nd day of October, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge