IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3019 |
| V. | ) | |
| CLARENCE D. HERGERT, | ) | ORDER |
| Defendant. | ) | |

On September 30, 2014, I conferred with counsel and the government indicated that it claimed no judgment or lien against MJC Limited, LLC. Therefore,

IT IS ORDERED that the pending motions (filing nos. 169 and 172) are denied as moot since MJC Limited, LLC owns the real property that is the subject of the proposed sale, and the government claims no judgment or lien against said party.

DATED this 30th day of September, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge