IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CLARENCE D. HERGERT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing 177) is denied as moot, because the plaintiff has agreed to file a partial release.

Dated October 28, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge