IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CLARENCE D. HERGERT, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a letter which I will treat as a motion.

IT IS ORDERED that the letter (filing 181), treated as a motion, is granted to the extent that the First National Bank of Omaha is willing to return the title and release any related lien thereon. That is entirely up to the First National Bank of Omaha. The letter, treated as a motion, is otherwise denied.

Dated December 3, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge